## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

HARRIS DALE COOPER, III.                    CIVIL ACTION NO. 16-0293-P

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

ROBERT B. WYCHE, ET AL.                      MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that motions #2, 15, 18, 22, and 24 are **DENIED**.  The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of April, 2017.

_S. Maurice Hicks_
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE